```
___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

       APR 13 2015

       AT SEATTLE
  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR14-356 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| ISAIAH PAUL BARRE, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:     Felon in Possession of a Firearm; Felon in Possession of Ammunition

<u>Date of Detention Hearing</u>:   April 13, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been in custody on unrelated charges in King County, now

DETENTION ORDER
PAGE -1

appearing pursuant to an arrest warrant issued in December 2014. He does not contest detention.

2. Defendant poses a risk of nonappearance due to uncertainty of release address, lack of employment, recent use of controlled substances, and mental health issues. He poses a risk of danger due to prior criminal history and the instant charges.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 13th day of April, 2015.

DETENTION ORDER
PAGE -2

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3