THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR14-356 RAJ |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | DEFENDANT'S |
| v. | ) | MOTION TO ORDER |
| | ) | RELEASE OF |
| ISAIAH BARRE, | ) | PRESENTENCE |
| | ) | INVESTIGATION REPORT |
| Defendant. | ) | TO COUNSEL |
| | ) | |

THIS MATTER comes before the Court on DEFENDANT ISAIAH BARRE's motion for an order ordering the release of the presentence investigation report to his current counsel, Alexander Chan.  BARRE was represented by another attorney at the time of his original sentencing hearing on November 3, 2015.

The Court being fully advised, IT IS HEREBY ORDERED that the Defendant's Motion (Dkt. #49) is GRANTED.  The United States Probation office shall release its presentence investigation report from the above captioned cause to Alexander Chan.

DATED this 28th day of December, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
TO ORDER RELEASE OF PRESENTENCE
INVESTIGATION REPORT TO COUNSEL-1

Law Office of Alexander Chan
11900 NE 1st Street Suite 300
Bellevue, WA 98005
T: 206-650-4904 E: info@chanlawoffice.com