THE HONORABLE RICHARD JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR14-356RAJ |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | DEFENDANT'S |
| v. | ) | MOTION TO CONTINUE |
| | ) | DISPOSITION HEARING |
| ISAIAH BARRE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER comes before the Court on Defendant's Isaiah Barre's motion for an order continuing his supervised release disposition hearing until a date in March of 2017. Defendant's disposition hearing is currently scheduled for January 6, 2017.

The Court, having considered the motion, the government's opposition, being fully advised, and finding good cause, IT IS HEREBY ORDERED that Defendant Barre's motion (Dkt. #54) is GRANTED. The supervised release disposition hearing in this matter is continued until March 3, 2017 at 2:30 p.m.

DATED this 3rd day of January, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
TO CONTINUE DISPOSITION HEARING - 1

Law Office of Alexander Chan
11900 NE 1st Street Suite 300
Bellevue, WA 98005
T: 206-650-4904 E: info@chanlawoffice.com